David E. EDWARDS, Plaintiff–Appellant,

v.

PECK, Cpt., Defendant–Appellee.

No. 12–15845.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provid-

Submitted March 12, 2013.*

Filed March 20, 2013.

David E. Edwards, Vacaville, CA, pro se.

Megan R. O'Carroll, Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

California state prisoner David E. Edwards appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendants violated his right to adequate sanitation by prohibiting him from possessing a plastic bucket that he used to wash clothing. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Morrison v. Hall*, 261 F.3d 896, 900 (9th Cir.2001). We affirm.

The district court properly granted summary judgment because Edwards failed to raise a genuine dispute of material fact as to whether defendants' removal of a plastic bucket that Edwards used to wash his personal, as opposed to state-issued, clothing was sufficiently grave to form the basis of an Eighth Amendment violation. *See Wilson v. Seiter*, 501 U.S. 294, 298, 111 S.Ct. 2321, 115 L.Ed.2d 271 (1991) ("[O]nly those deprivations denying 'the minimal

civilized measure of life's necessities' are sufficiently grave to form the basis of an Eighth Amendment violation.") (quoting *Rhodes v. Chapman*, 452 U.S. 337, 347, 101 S.Ct. 2392, 69 L.Ed.2d 59 (1981)).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

